UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF FLORIDA
PENSACOLA DIVISION

VERONICA GONZALES,

    Plaintiff,

v.                            CASE NO.

WALTON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## NOTICE OF REMOVAL

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION.

Defendant, WALTON COUNTY SCHOOL BOARD ("Defendants") pursuant to 28 U.S.C. §§1331, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, hereby gives this Notice of Removal of an action pending In The Circuit Court of the First Judicial Circuit, In and For, Walton County, Florida, and state:

### I.   Procedural Allegations:

1.    Plaintiff sued Defendant in the Circuit Court of the First Judicial Circuit, In and For, Walton County, Florida, Case Number: 2024CA000552. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court proceeding are attached hereto as Exhibits "A" (Complaint), "B" (Summons), "C" (Notice of Appearance) and "D" (Notice of Removal).

2.    Plaintiff served Defendant on February 25, 2025. This Removal is timely filed under 28 U.S.C. §1446(b).

3.    A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

## II.    Federal Jurisdiction:

4.    Plaintiff's Complaint alleges a single Count I-Pregnancy Discrimination claim against Defendant brought under 42 U.S.C. § 2000e. This Court has subject matter jurisdiction over this claim based on federal question jurisdiction, 28 U.S.C. §1331.[1] The Court also has original jurisdiction over Plaintiff's federal civil rights claims under 28 U.S.C. § 1343(a).

WHEREFORE, Defendant WALTON COUNTY SCHOOL BOARD, requests that the claims asserted in the above referenced action be removed to this Court.

---

[1]    Federal question jurisdiction exists in a civil matter when the "claim or right aris[es] under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

2

Respectfully submitted this 3rd day of March, 2025.

/s/ Holly A. Dincman

 Holly A. Dincman, (FBN: 115614)
Heath Stokley, (FBN: 183644)
hdincman@coppinsmonroe.com
hstokley@coppinsmonroe.com
jclark@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT
WALTON COUNTY SCHOOL BOARD

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

This document is also being served electronically this 3rd day of March, 2025:

Marie A. Mattox, Esq.
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
marie@mattoxlaw.com
marlene@mattoxlaw.com
michelle@mattoxlaw.com

s/ Holly A. Dincman
Attorney

3